# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Dario Bravo Lopez and<br>Walther Dagoberto Vera Quijije<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 21-105-N |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2021__ in the county of __Mobile__ in the __Southern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. § 70503(a) | Possession with intent to distribute cocaine on a vessel |
| 46 U.S.C. § 70506(b) | Conspiracy to possess with intent to distribute cocaine on a vessel |

This criminal complaint is based on these facts:
See affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

C. Don Herrington, Special Agent, HSI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1.

U.S. Magistrate Judge Katherine P. Nelson
Digitally signed by U.S. Magistrate Judge Katherine P. Nelson
Date: 2021.07.02 15:00:30 -05'00'

Date: _____

*Judge's signature*

City and state: __Mobile, Alabama__  Katherine P. Nelson, U.S. Magistrate Judge
*Printed name and title*